# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00104 |
| JIMMY CHERIZIER, also known as Barbecue, BBQ, or Babekyou, ▓▓▓▓▓▓ | ) Assigned To: Judge Upadhyaya, Moxila A. |
| | ) Assign. Date: 6/16/2025 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of   12/10/2020 to 01/31/2025   in the county of _____ in the
_____ District of   Columbia  , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 50 U.S.C. § 1705 | International Emergency Economic Powers Act |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Daniel Lemaitre, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
__Telephone_____ (specify reliable electronic means).

Date:   06/16/2025

_____
*Judge's signature*

City and state:   Washington, DC        U.S. Magistrate Judge Moxila A. Upadhyaya
*Printed name and title*